Elwood L. Williams, appellant, v. Max Witkower, appellee. Gen. No. 40,202.

Opinion filed December 21, 1938. Rehearing denied January 5, 1939.

Edwin W. Burch, for appellant; Robert I. Livingston, of counsel. Richard Weinberger, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Morris Rubinson, appellant, v. Armour & Company and R. H. Cabell, appellees. Gen. No. 40,245.

Opinion filed December 21, 1938. Rehearing denied January 5, 1939.

Paul W. Pretzel, for appellant. Kirkland, Fleming, Green, Martin & Ellis, for appellees; Robert N. Golding, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

D. I. Dormeyer and Otto F. Dormeyer, appellants, v. A. F. Dormeyer Manufacturing Company et al., appellees. Gen. No. 40,014.

Opinion filed December 21, 1938. Rehearing denied January 5, 1939.

J. H. Silver, for appellants; Lloyd W. Lehman, Joseph Eisman and Louis M. Friedman, of counsel. I. B. Perlman, Aaron Taymor and Edgar J. Schoen, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Max Adler, appellee, v. B. J. Altheimer et al., appellants. Gen. No. 40,208.

Opinion filed December 21, 1938.

Altheimer, Woods & Smith and Taylor, Miller, Busch & Boyden, for appellants; Charles H. Blumenfeld, of counsel. Poppenhusen, Johnston, Thompson & Raymond, for appellee; Edward R. Johnston and Albert E. Jenner, Jr., of counsel.

Mr. Justice O'Connor delivered the opinion of the court.